# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

————————

No. 98-1765SD

————————

Eugene H. Mathison; Judy R. Mathison,   *
                                         *

              Appellants,   *

                                         *    Appeal from the United States
    v.                               *    District Court for the District
                                       *    of South Dakota.

Minnehaha County, a Political   *
Subdivision of the State of South   *       [UNPUBLISHED]
Dakota; Minnehaha County Jail,   *
                                         *

              Appellees.   *

————————

Submitted: August 7, 1998
Filed: August 11, 1998

————————

Before FAGG, BEAM, and LOKEN, Circuit Judges.

————————

PER CURIAM.

Eugene H. Mathison and Judy R. Mathison appeal the district court's adverse grant of summary judgment in the Mathisons' 42 U.S.C. § 1983 lawsuit challenging the conditions of Eugene's confinement as a pretrial detainee. Having considered the record and the parties' briefs, we conclude the district court correctly granted summary judgment and that an extended decision would have no precedential value in this fact-intensive case. We thus affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.